# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

# FILED

UNITED STATES OF AMERICA,
Plaintiff,

vs.

Terri Rae Yacap
Defendant.

MAR 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case Number
CR 06-00072 RMW

**ORDER - CJA CONTRIBUTION(s) DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 25 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of 5/1/06 and the SAME DAY each month thereafter;

[ ] The first day of _____ and the FIRST DAY of each month thereafter;

[ ] MAIL TO:   Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA.  95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____:

[ ] MAIL TO:   Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA.  95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED:

Howard R. Lloyd
U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72