BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YACAP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

\*E-FILED - 5/4/06\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00072 RMW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| TERRI RAE YACAP, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, April 24, 2006, should be continued to Monday, June 19, 2006, at 9:00 a.m.

Ms. Yacap was arraigned on the Indictment in mid-March, and this case was set for an initial status conference hearing before the Court.  The parties stipulate and agree that the status date should be continued because counsel for Ms. Yacap needs additional time to review the discovery, to meet with her client, and to investigate this case before advising Ms. Yacap as to whether or not she should file motions, enter a plea or proceed to trial.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would

1 unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective
2 preparation, taking into account the exercise of due diligence.

4 Dated: April 20, 2006                                          _____/s/_____
                                                                ANGELA M. HANSEN
5                                                               Assistant Federal Public Defender

7 Dated: April 20, 2006                                          _____/s/_____
                                                                CARLOS SINGH
8                                                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>TERRI RAE YACAP,<br><br>            Defendant. | No. CR 06-00072 RMW<br><br>**ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

      The parties have jointly requested to continue the status date set for April 24, 2006 to June 19, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for April 24, 2006 be continued to Monday, June 19, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 24 through and including June 19, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: May 4, 2006                               /s/ Ronald M. Whyte
                                                      RONALD M. WHYTE
                                                      United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

6  Carlos Singh
   Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26