```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ANGELA M. HANSEN
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant YACAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/15/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00072 RMW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND []** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| TERRI RAE YACAP, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, June 19, 2006, should be continued to Monday, August 21, 2006, at 9:00 a.m.

The parties stipulate and agree that the status date should be continued because counsel for Ms. Yacap needs additional time to investigate this case and to collect bank and other records before advising Ms. Yacap as to whether or not she should file motions, enter a plea or proceed to trial. Also, counsel for Ms. Yacap has requested additional discovery from the government and government counsel needs time to decide what, if anything, can or will agree to produce.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would

1 unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective
2 preparation, taking into account the exercise of due diligence.
3
4 Dated: June 14, 2006                                    _____/s/_____
                                                          ANGELA M. HANSEN
5                                                         Assistant Federal Public Defender
6
7 Dated: June 14, 2006                                    _____/s/_____
                                                          CARLOS SINGH
8                                                         Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00072 RMW |
| Plaintiff, | ) ) | **[] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) ) | |
| TERRI RAE YACAP, | ) ) | |
| Defendant. | ) ) | |

    The parties have jointly requested to continue the status date set for June 19, 2006 to August 21, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to Monday, August 21, 2006, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 19 through and including August 21, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: June 15, 2006

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26