BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YACAP

*E-FILED - 9/21/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00072 RMW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| TERRI RAE YACAP, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, August 28, 2006, 2006, should be continued to Monday, October 23, 2006, at 9:00 a.m.

The parties stipulate and agree that the status date should be continued because counsel for Ms. Yacap has requested that the government produce bank account information and other records that are relevant to the bank fraud charges alleged in the indictment.  The government has not yet determined whether it will obtain the discovery the defense has requested.  If the government does not have these bank records or if it will not obtain these records at Ms. Yacap's request, the defense will need to find a way to obtain these records directly from the bank.  A new government case agent has been assigned to this matter and he needs the additional time to learn about the case along with address the defendant's discovery request.

1  The parties further stipulate and agree to an exclusion of time from August 24, 2006 to
2  October 23, 2006 under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the
3  continuance requested outweigh the best interest of the defendant and public in a speedy trial
4  because the failure to grant such a continuance would unreasonably deny Ms. Yacap continuity
5  of counsel and the time necessary for effective preparation, taking into account the exercise of
6  due diligence.

8  Dated: August 24, 2006              _____/s/_____
                                        ANGELA M. HANSEN
9                                       Assistant Federal Public Defender

11 Dated: August 24, 2006              _____/s/_____
                                        CARLOS SINGH
12                                      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072 RMW |
| ) Plaintiff, ) | **ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. ) | |
| TERRI RAE YACAP, ) | |
| ) Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for August 28, 2006 to October 23, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to October 23, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 28 through and including October 23, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: September 21, 2006               /s/ Ronald M. Whyte
                                        RONALD M. WHYTE
                                        United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26