BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YACAP

***E-FILED 11/8/06***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072 RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE STATUS DATE |
| TERRI RAE YACAP, ) | |
| Defendant. ) | |

    Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, October 23, 2006, should be continued to Monday, December 11, 2006, at 9:00 a.m.

    The parties stipulate and agree that the status date should be continued because counsel for Ms. Yacap has requested that the government produce bank account information and other records that are relevant to the bank fraud charges alleged in the indictment.  The government has not yet determined whether it will obtain the discovery the defense has requested because the initial government case agent has left the FBI and a new case agent has been assigned to this case.  The new case agent is in the process of becoming familiar with the case, and thereafter, the government will be able to determine whether the requested discovery is within the possession of the government or if the government can obtain it.  If the government does not have these bank

1 records or if it will not obtain these records at Ms. Yacap's request, the defense will need to find
2 a way to obtain these records directly from the bank.
3     The parties request that status date be continued also because counsel for the government
4 was unavailable in trial the last two weeks in October and will begin another trial on November
5 13, 2006.
6     The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
7 the ends of justice served by the continuance requested outweigh the best interest of the
8 defendant and public in a speedy trial because the failure to grant such a continuance would
9 unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective
10 preparation, taking into account the exercise of due diligence.
11
12 Dated: October 20, 2006                 _____/s/_____
                                                    ANGELA M. HANSEN
13                                                     Assistant Federal Public Defender
14
15 Dated: October 20, 2006                 _____/s/_____
                                                      CARLOS SINGH
16                                                     Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072 RMW |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] **ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| TERRI RAE YACAP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties have jointly requested to continue the status date set for October 23, 2006 to December 11, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to December 11, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 23 through and including December 11, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

November 8, 2006

Dated: ~~October XX, 2006~~

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26