BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YACAP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/2/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00072 RMW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND []** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| TERRI RAE YACAP, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, February 5, 2007, should be continued to Monday, March 12, 2007, at 9:00 a.m.

The parties stipulate and agree that the status date should be continued because counsel for Ms. Yacap requested that the government produce bank account information and other records that are relevant to the bank fraud charges alleged in the indictment.  On January 8, 2007, the government produced additional discovery to the defense, and defense counsel needs additional time to review this discovery with her client.  The parties also request that status date be continued because counsel for Ms. Yacap will be in trial and unavailable from January 23 through the end of February.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

1 the ends of justice served by the continuance requested outweigh the best interest of the
2 defendant and public in a speedy trial because the failure to grant such a continuance would
3 unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective
4 preparation, taking into account the exercise of due diligence.

Dated: January 23, 2007    _____/s/_____
                                                      ANGELA M. HANSEN
                                                      Assistant Federal Public Defender

Dated: January 23, 2007    _____/s/_____
                                                      CARLOS SINGH
                                                      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR 06-00072 RMW |
| ) | |
| Plaintiff,         ) | **[] ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v.         ) | **TIME** |
| ) | |
| TERRI RAE YACAP,         ) | |
| ) | |
| Defendant.         ) | |
| _____) | |

    The parties have jointly requested to continue the status date set for February 5, 2007 to March 12, 2007 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to March 12, 2007, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 5 through and including March 12, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: February 2, 2007

                                       *Ronald M. Whyte*
                                       RONALD M. WHYTE
                                       United States District Judge

1 | Distribute to:
2 |
3 | Angela Hansen
　 | Assistant Federal Public Defender
　 | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
　 | Counsel for Defendant
5 |
　 | Carlos Singh
6 | Assistant United States Attorney
　 | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
　 | Counsel for the United States