1   BARRY J. PORTMAN
    Federal Public Defender
2   JAY RORTY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753                          E-FILED*** 6/22/07***

5   Counsel for Defendant YACAP

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,          )        No. CR 06-00072 RMW
                                       )
        Plaintiff,                     )
12                                     )
    v.                                 )        STIPULATION AND [PROPOSED]
13                                     )        ORDER TO CONTINUE STATUS DATE
    TERRI RAE YACAP,                   )
14                                     )
        Defendant.                     )
15  _____)

16

17          Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through

18  her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the

19  status date in the above-captioned matter, presently scheduled for Monday, June 11, 2007, should

    be continued to Monday, June 25, 2007, at 9:00 a.m.
20
            The parties stipulate and agree that the status date should be continued because counsel
21
    for Ms. Yacap needs additional time to investigate this case
22
            The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
23
    the ends of justice served by the continuance requested outweigh the best interest of the
24
    defendant and public in a speedy trial because the failure to grant such a continuance would
25
    unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective
26
    preparation, taking into account the exercise of due diligence.

1    Dated: June 4, 2007                          _____/s/_____
                                                  JAY RORTY
2                                                 Assistant Federal Public Defender

3

4    Dated: June 4, 2007                          _____/s/_____
                                                  CARLOS SINGH
5                                                 Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00072 RMW |
| | ) | |
| Plaintiff, | ) | [~~XXXXXXX~~ PROPOSED] **ORDER CONTINUING** |
| | ) | **STATUS DATE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| TERRI RAE YACAP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The parties have jointly requested to continue the status date set for June 11, 2007 to June

25, 2007 at 9:00 a.m.  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status

date presently set is continued to Monday, June 25, 2007, at 9:00 a.m.  Pursuant to the parties'

stipulation, IT IS FURTHER ORDERED that the period of time from June 11 through and

including June 25, 2007, shall be excluded from the period of time within which trial must

commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: June __22__ 2007                                 /s/ Ronald M. Whyte
                                                        _____
                                                        RONALD M. WHYTE
                                                        United States District Judge

3

1   Distribute to:

2

Jay Rorty
3   Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
4   San Jose, CA 95113
Counsel for Defendant
5

Carlos Singh
6   Assistant United States Attorney
150 Almaden Blvd., Suite 900
7   San Jose, CA 95113
Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26