SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorneys for Plaintiff

150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
Telephone: (408) 535-5065
Fax: (408) 535-5066
E-mail: carlos.singh@usdoj.gov

E-FILED ***6/22/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRI RAE YACAP,<br><br>Defendant. | No. CR 06-00072-RMW<br><br>STIPULATION AND ORDER CONTINUING JUNE 25, 2007 STATUS HEARING |

The parties stipulated to a continuance of the June 25, 2007 status hearing to July 23, 2007 at 9:00am for the following reasons: (1) The parties are in the process of a continuing settlement conference with Magistrate Judge Richard Seeborg. The defense has provided the government with a proffer letter concerning settlement. The government needs the additional time to consider the letter and respond to it. (2) In addition, defense counsel will be unavailable for about a two-week period in early July 2007.

///

///

///

1   The parties further stipulated to an exclusion of time from June 25 to July 23, 2007,
2   pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B) (effective preparation, unavailability of counsel
3   and interest of justice).

   /S/                                              /S/
   _____                   _____
   JAY RORTY, Esq.                                  CARLOS  SINGH
   Counsel for Terri Rae Yacap                      Counsel for the Government

   June 22, 2007                                    June 22, 2007

**SO ORDERED.**

                                                    /s/ Ronald M. Whyte
   June _22_, 2007                                  _____
                                                    RONALD M. WHYTE
                                                    United States District Judge