BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YACAP

*E-FILED - 7/23/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　　Plaintiff,　　　　)<br>  )<br>v.　　　　　　　　　　　　　　 )<br>  )<br>TERRI RAE YACAP,　　　　　　)<br>  )<br>　　　　　Defendant.　　　　 )<br>_____ ) | No. CR 06-00072 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS DATE** |

　　　Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, July 23, 2007, should be continued to Monday, August 13, 2007, at 9:00 a.m.

　　　The parties stipulate and agree that the status date should be continued to allow for further negotiations for a plea offer.

　　　The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: July 20, 2007              _____/s/_____
                                  JAY RORTY
                                  Assistant Federal Public Defender

Dated: July 20, 2007              _____/s/_____
                                  CARLOS SINGH
                                  Assistant United States Attorney

1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072 RMW |
| ) | |
| Plaintiff, ) | **[] ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| TERRI RAE YACAP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for July 23, 2007 to August 13, 2007 at 9:00 a.m. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to Monday, August 13, 2007, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 23, 2007 through and including August 13, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: July 23, 2007

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

3

1 | Distribute to:
2 |
3 | Jay Rorty
  | Assistant Federal Public Defender
  | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
  | Counsel for Defendant
5 |
  | Carlos Singh
6 | Assistant United States Attorney
  | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
  | Counsel for the United States
8 |