SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
W. DOUGLAS SPRAGUE (CABN 2022121)
Chief, Criminal Division
CARLOS SINGH (PABN 50581)
Assistant United States Attorney

Attorneys for Plaintiff

    150 Almaden Blvd., Suite 900
    San Jose, California 95113-3081
    Telephone: (408) 535-5065
    Fax: (408) 535-5066
    E-mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/10/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072-RMW |
|     Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
|     v. ) | CONTINUING AUGUST 13, 2007 |
| ) | STATUS HEARING |
| TERRI RAE YACAP, ) | |
|     Defendant. ) | |

       The parties stipulated to a continuance of the August 13, 2007 status hearing to August 27, 2007 at 9:00am for the following reasons: (1) The parties are in the process of conducting legal research with respect possible settlement of the case, and (2) government counsel will be unavailable the week of August 13, 2007.

///

///

///

1   The parties further stipulated to an exclusion of time from August 13 to August 27,
2   2007, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B) (effective preparation, unavailability of
3   counsel and interest of justice).

_____/S/_____         _____/S/_____
JAY RORTY, Esq.                      CARLOS  SINGH
Counsel for Terri Rae Yacap          Counsel for the Government

August 7, 2007                       August 7, 2007

**SO ORDERED.**

August 10, 2007

_____*Ronald M. Whyte*_____
RONALD M. WHYTE
United States District Judge