BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YACAP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRI RAE YACAP, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 06-00072 RMW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS DATE** |

      Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, August 27, 2007, should be continued to Monday, September 24, 2007, at 9:00 a.m due to the unavailability of defense counsel.

      The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective preparation, taking into account the exercise of due diligence.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2007 | _____/s/_____ |
| 2 | | JAY RORTY |
| | | Assistant Federal Public Defender |
| 3 | | |
| 4 | Dated: August 24, 2007 | _____/s/_____ |
| | | CARLOS SINGH |
| 5 | | Assistant United States Attorney |

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072 RMW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| ) | STATUS DATE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| TERRI RAE YACAP, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties have jointly requested to continue the status date set for August 27, 2007 to September 24, 2007 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to September 24, 2007, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 27, 2007 through and including September 24, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 8/30/07

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

3