BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant YACAP

*E-FILED - 10/1/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>                     Plaintiff,             )<br>                                                           )<br>v.                                                        )<br>                                                           )<br>TERRI RAE YACAP,                        )<br>                                                           )<br>                     Defendant.         )<br>_____) | No. CR 06-00072 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS DATE** |

Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, September 24, 2007, should be continued to Monday, October 1, 2007, at 9:00 a.m.

The parties stipulate and agree that the status date should be continued to allow for preparation for a disposition.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: September 21, 2007          _____/s/_____
                                   JAY RORTY
                                   Assistant Federal Public Defender


Dated: September 21, 2007          _____/s/_____
                                   CARLOS SINGH
                                   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072 RMW |
| ) | |
| Plaintiff, ) | **[] ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| TERRI RAE YACAP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for September 24, 2007 to October 1, 2007 at 9:00 a.m.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to Monday, October 1, 2007, at 9:00 a.m.  Pursuant to the parties' stipulation,

IT IS FURTHER ORDERED that the period of time from September 24, 2007 through and including October 1, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: October 1, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  Distribute to:

2  Jay Rorty
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Counsel for Defendant

5  Carlos Singh
   Assistant United States Attorney
6  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
7  Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26