```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JAY RORTY
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant YACAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/29/07*

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>                     Plaintiff,             )<br>                                                         )<br>       v.                                             )<br>                                                         )<br>TERRI RAE YACAP,                    )<br>                                                         )<br>                     Defendant.         )<br>_____ ) | No. CR 06-00072 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS DATE** |

Assistant United States Attorney Carlos Singh and defendant, Terri Rae Yacap, through her counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, October 22, 2007, should be continued to Monday, October 29, 2007, at 9:00 a.m.

The parties stipulate and agree that the status date should be continued to allow for preparation for a disposition.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Ms. Yacap continuity of counsel and the time necessary for effective preparation, taking into account the exercise of due diligence.

| | | |
|---|---|---|
| 1 | Dated: October 19, 2007 | _____/s/_____<br>JAY RORTY |
| 2 | | Assistant Federal Public Defender |
| 4 | Dated: October 19, 2007 | _____/s/_____<br>CARLOS SINGH |
| 5 | | Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00072 RMW |
| ) | |
| Plaintiff, ) | **[] ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| TERRI RAE YACAP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for October 22, 2007 to October 29, 2007 at 9:00 a.m.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to Monday, October 29, 2007, at 9:00 a.m. Pursuant to the parties' stipulation,

IT IS FURTHER ORDERED that the period of time from October 22, 2007 through and including October 29, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: October 29, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

3

1 | Distribute to:

2 | Jay Rorty
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Counsel for Defendant

5 | Carlos Singh
Assistant United States Attorney
6 | 150 Almaden Blvd., Suite 900
San Jose, CA 95113
7 | Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26